IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ZAKRO ROSHNIASHVILI,

          Petitioner,

v.                                    CIVIL ACTION NO. 2:26-cv-00093

TOBY ALLEN, et al.,

          Respondents.

**ORDER**

The Court has reviewed the Petitioner's *Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (Document 1), filed on February 10, 2026. Therein, the Petitioner-Plaintiff indicates that he is alleged to be a citizen of Georgia. He entered the United States on or about December 24, 2022, and was released pending removal proceedings. He has complied with all conditions of his release and has a pending asylum application. He was detained by Immigration and Customs Enforcement Officers on January 8, 2026, and is currently detained at the Southwestern Regional Jail. He asserts that his detention is unlawful under the Immigration and Nationality Act (INA), the Administrative Procedures Act (APA), and in violation of the Due Process Clause of the Fifth Amendment of the United States Constitution.

Finding that the Petitioner's claims warrant prompt review, the Court **ORDERS** that:

1. The Respondents **SHALL NOT** remove or facilitate the removal of the Petitioner from the Southern District of West Virginia pending further order of the Court. To the extent the Petitioner has already been removed from this jurisdiction, the Respondents shall

    not transport the Petitioner to a geographically further location or remove the Petitioner from the United States pending further order of the Court.

2. The Petitioner **SHALL** serve this Order on the United States Attorney for the Southern District of West Virginia by **5:00 p.m., on February 10, 2026**, which shall constitute good and sufficient service on the federal defendants.

3. The Petitioner **SHALL** serve this Order on Toby Allen, Superintendent, Southwestern Regional Jail, or an agent of Superintendent Allen at the Southwestern Regional Jail, by **5:00 p.m., on February 10, 2026**, which shall constitute good and sufficient service on Superintendent Allen.

4. The Respondents **SHALL** file a written response to **SHOW CAUSE**, if any, as to why the Petition should not be granted, no later than **noon, Wednesday, February 11, 2026**.

5. The Petitioner **SHALL** file a proposed release plan, should the Petition be granted, no later than **noon, Wednesday, February 11, 2026**.

6. The parties **SHALL** appear for a hearing at **10:00 a.m., on Thursday, February 12, 2026.**

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, to Matthew C. Lindsay, Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of West Virginia, and to any unrepresented party.

    ENTER:    February 10, 2026

*[Signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA