# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

ZAKRO ROSHNIASHVILI,

            Petitioner,

v.                                           CIVIL ACTION NO. 2:26-cv-00093

TOBY ALLEN, et al.,

            Respondents.

## ORDER

The Court has reviewed the Petitioner's *Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (Document 1), the Respondents' *Response to Order to Show Cause and Motion to Dismiss* (Document 10-1), and all exhibits and other submissions by the parties.

The Court held a show cause hearing on February 12, 2026, and in accordance with the ruling on the record, the Court **ORDERS** that the *Petition* be **GRANTED** and that the Petitioner be **RELEASED** from custody **immediately**. The Court further **ORDERS** that any personal belongings of Mr. Roshniashvili, including identification, work authorization, and any other documentation, be returned to him. The Court **ORDERS** that the Respondents be **PROHIBITED** from re-arresting and detaining the Petitioner absent a significant change in circumstances to justify detention. A memorandum opinion and order detailing the basis of the Court's ruling will soon follow.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: February 12, 2026

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA